# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201800025**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## MARK F. LASALA
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Terrance J. Reese, USMC.
Convening Authority: Commanding Officer, Marine Aviation Logistics Squadron 29, MAG 29, 2d Marine Aircraft Wing, Jacksonville, NC.
Staff Judge Advocate's Recommendation: First Lieutenant Robert A. Gibson, USMC.
For Appellant: Captain William S. Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 3 May 2018

———————————————

Before HUTCHISON, SAYEGH, and STEPHENS, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court